UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KENNETH STALEY,

       Plaintiff,

v.

TRACY SHAFFER,

       Defendant.
_____/

Case No. 1:17-cv-934

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  December 18, 2017

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge